IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID CAVENDER, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | |
| CRAIG OWENS, *in his official and individual capacity*, | : | CIVIL ACTION NO. 1:24-cv-05205-LMM |
| Defendant. | : | |

## **ORDER**

This case comes before the Court on Plaintiffs' Motion for Preliminary Injunction [2]. The Court **ORDERS** the parties to appear for a hearing on **Thursday, November 21, 2024, at 2:30 PM**, in Courtroom 2107 in the Richard B. Russell Federal Building, 75 Ted Turner Dr. SW, Atlanta, GA 30303.

Plaintiffs are **ORDERED** to serve Defendant by no later than **Monday, November 18, 2024**, with a copy of this Order, Plaintiffs' Complaint [1], and Plaintiffs' Motion for preliminary injunctive relief. See Fed. R. Civ. P. 4. Plaintiffs should file proof of service on the docket once Defendant has been served with this Order and the pleadings.

Defendant is **DIRECTED** to file a brief responding to Plaintiffs' Motion by **9:00 AM on Wednesday, November 20**. If Plaintiffs are inclined to file a Reply Brief, their reply shall be due by **9:00 AM on Thursday, November 21**.

If for some reason the parties are unable to comply with this Order, please alert Ms. Poley as soon as possible ((404) 215-1514).

**IT IS SO ORDERED** this 14th day of November, 2024.

**Leigh Martin May
United States District Judge**