# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID CAVENDER, <br> MICHELE BEAGLE, <br> MICHAEL DONDELINGER, <br><br> Plaintiffs, <br><br> v. <br><br> CRAIG OWENS, *in his official and individual capacity*, <br><br> Defendants. | Civil Action No. <br> 1:24-cv-05205-LMM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled matter, by and through their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action with prejudice, each party to pay its own fees, expenses, and costs.

Respectfully submitted this 4th day of March, 2025.

| | |
|---|---|
| */s/ Lance J. LoRusso* <br> Lance J. LoRusso <br> Georgia Bar No. 458023 <br> LoRusso Law Firm, PC. <br> 1827 Powers Ferry Road SE <br> Building 8, Suite 200 <br> Atlanta, GA 30339 <br> 770-644-2378 <br> lance@lorussolawfirm.com <br><br> *Counsel for Plaintiffs* | */s/ Timothy M. Boughey* <br> Timothy M. Boughey <br> Georgia Bar No. 832112 <br> **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** <br> 230 Peachtree Street, N.W., Suite 2400 <br> Atlanta, Georgia 30303-1557 <br> Telephone: (404) 525-8622 <br> Facsimile: (404) 525-6955 <br><br> *Counsel for Defendants* |

# CERTIFICATION OF COMPLIANCE

In accordance with Civil Local Rules 5.1C and 7.1D, I hereby certify that this document has been prepared in 14 point, Times New Roman font.

Respectfully submitted this 4th day of March, 2025.

*/s/ Lance J. LoRusso*
Lance J. LoRusso
Georgia Bar No. 458023
LoRusso Law Firm, PC.
1827 Powers Ferry Road SE
Building 8, Suite 200
Atlanta, GA 30339
770-644-2378
lance@lorussolawfirm.com

*Counsel for Plaintiffs*

*/s/ Timothy M. Boughey*
Timothy M. Boughey
Georgia Bar No. 832112
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955

*Counsel for Defendants*